UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Verathon Inc.,                        :
                    Plaintiff(s),     :        21 - MC 774 (LAP)
                                      :
        -against-                     :        ORDER
                                      :
Charles E. Baxley,                    :
                    Defendant(s).     :
                                      :
-----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform Judge Preska by letter
no later than March 26, 2024 of the status of the
action/remaining claims/defendants.


SO ORDERED.



                            _Loretta A. Preska_

                            LORETTA A. PRESKA,

                            Senior U.S.D.J.



Dated: 3/19/24

New York, New York